**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**CASSANDRA MURRAY,**

**Plaintiff,**

**v.**

**FLEET FINANCIAL, INC.,**

**Defendant.**

**Civil Action No.: 1:26-cv-00991-PAB-KAS**
**Judge: Philip A. Brimmer**
**Magistrate Judge: Kathryn A. Starnella**

# VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Cassandra Murray pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action. All claims of Plaintiff are hereby dismissed without prejudice, the class claims are dismissed without prejudice and each party is to bear its own fees and costs.

Dated: April 21, 2026

Respectfully submitted,

***EISENBAND LAW, P.A.***

*/s/ Michael Eisenband*
Michael Eisenband
Florida Bar No. 94235
515 E. Las Olas Boulevard, Suite 1301
Ft. Lauderdale, Florida 33301
Email: meisenband@eisenbandlaw.com
Telephone: 954.732.2792
Attorney for Plaintiff Cassandra Murray

*Attorney for Plaintiff*